1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BENJAMIN E. HONRADE, ANITA Q. )<br>HONRADE; and DOES 1 through 100, )<br>inclusive, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 12-CV-01146-LHK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE |

  This case is an unlawful detainer action that was referred to Magistrate Judge Howard R. Lloyd. Judge Lloyd has made a report and recommendation that the District Judge dismiss this action because it was improperly removed. The Magistrate Judge's Report and Recommendation was filed and served on March 9, 2012. No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

  Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, adopts the Report and Recommendation. This case is hereby remanded to the Santa Clara County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 18, 2011

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01146-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING